UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CV-80788-RYSKAMP-VITUNAC

ERIC WILSON, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.

THD AT-HOME SERVICES, INC.,
A Florida corporation,

    Defendant.

## JOINT NOTICE OF TENTATIVE SETTLEMENT AGREEMENT

The parties hereby jointly inform the Court that a tentative settlement agreement has been reached in this case. The complaint, filed by plaintiff, Eric Wilson, alleges violation of the Fair Labor Standards Act ("FLSA"). The proposed settlement will resolve all pending claims by plaintiff and dismiss the collective action allegations. The parties expect to reach a final settlement agreement within the next few weeks, and the parties will inform the Court as soon as an agreement is reached.

The tentative settlement is conditioned upon the parties' agreement to keep the terms of the settlement confidential. Since this tentative agreement would resolve claims under the FLSA, the agreement must be approved by the Court as fair and reasonable. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). Therefore, once a final settlement agreement is reached, the parties respectfully request that the Court adopt one of the following procedures to maintain the confidentiality of the settlement agreement: (1) require the

{M2854087;1}

parties to submit the settlement agreement solely for *in camera* review without filing any version of the agreement on the public record; (2) require the parties to submit the settlement agreement for *in camera* review and further require the parties to file a redacted version of the settlement agreement on the public record; and/or (3) require the parties to appear for a telephonic fairness hearing without filing any version of the agreement on the public record.  Any one of these procedures would enable the Court to review the parties' agreement while maintaining the confidential nature of the terms of the settlement, which is a specific term of the parties' agreement.

DATED:  September 18, 2009

Respectfully submitted,

| | |
|---|---|
| s/Christopher J. Whitelock | s/Susan N. Eisenberg |
| Christopher J. Whitelock, Esq. | Susan N. Eisenberg, Esq. |
| Fla. Bar No. 067539 | Florida Bar No. 600393 |
| cjwhitelock@bellsouth.net | susan.eisenberg@akerman.com |
| WHITELOCK & ASSOCIATES, P.A. | AKERMAN SENTERFITT |
| 300 Southeast Thirteenth Street | 1 S.E. 3rd Avenue, 28th Floor |
| Fort Lauderdale, FL 33316 | Miami, FL 33131 |
| Telephone: (954) 463-2001 | Tel: (305) 374-5600 |
| Facsimile: (954) 463-0410 | Fax: (305) 374-5095 |
| | |
| Chad E. Levy | Joel M. Cohn (*pro hac vice*) |
| Fla. Bar No. 0851701 | jcohn@akingump.com |
| chad@levylevylaw.com | Joshua B. Waxman (*pro hac vice*) |
| LEVY & LEVY, P.A. | jwaxman@akingump.com |
| 300 Southeast Thirteenth Street | Kelly A. Smith (*pro hac vice*) |
| Fort Lauderdale, FL 33316 | kasmith@akingump.com |
| Telephone: (954) 763-05722 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| Facsimile: (954) 763-5723 | 1333 New Hampshire Ave., N.W. |
| | Washington, D.C. 20036 |
| | Tel: (202) 887-4000 |
| | Fax: (202) 887-4288 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for defendant THD At-Home Services, Inc.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Joint Notice of Tentative Settlement was electronically filed with the Clerk of the Court using CM/ECF this 18th day of September, 2009.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

    _s/Susan N. Eisenberg_____
    Susan N. Eisenberg, Esq.

**SERVICE LIST**
**CASE NO. 09-CV-80788-Ryskamp-Vitunac**

Christopher J. Whitelock, Esq.
Fla. Bar No. 067539
cjwhitelock@bellsouth.net
WHITELOCK & ASSOCIATES, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, FL 33316
Telephone: (954) 463-2001
Facsimile: (954) 463-0410

Chad E. Levy
Fla. Bar No. 0851701
chad@levylevylaw.com
LEVY & LEVY, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, FL 33316
Telephone: (954) 763-05722
Facsimile: (954) 763-5723

Susan N. Eisenberg, Esq.
Fla. Bar No. 600393
susan.eisenberg@akerman.com
AKERMAN SENTERFITT
1 S.E. 3rd Avenue
28th Floor
Miami, FL  33131
(305) 374-5600
(305) 374-5095 (facsimile)

Joel M. Cohn (*pro hac vice*)
jcohn@akingump.com
Joshua B. Waxman (*pro hac vice*)
jwaxman@akingump.com
Kelly A. Smith (*pro hac vice*)
kasmith@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, D.C.  200036
(202) 887-4000
(202) 887-4288 (facsimile)

{M2854087;1}               4